# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:14-cr-399-KJD-GWF |
| Plaintiff, | [Proposed] Order Dismissing the Indictment as to Defendant Rachel Glaser Only |
| vs. | |
| Rachel Glaser, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the government hereby dismisses the Indictment in the above-captioned case as to Defendant Rachel Glaser only.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Daniel R. Schiess*
DANIEL R. SCHIESS
Assistant United States Attorney

Leave of Court is hereby granted for the filing of the above dismissal of the Indictment in the above-captioned case under Rule 48(a).

DATED this __24th__ day of __September__, 2019.


HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE